## LUNING *vs.* GORHAM.

*Twelfth Judicial District Court, June,* 1857.

JURISDICTION.

Implied consent will not transfer a cause from the Superior Court to the Twelfth Judicial District Court.

This action for the foreclosure of a mortgage was originally instituted in the Superior Court of the City of San Francisco. Upon the abolition of the Superior Court by the Legislature, summons being served, the plaintiff obtained a written consent from the defendant transferring the suit to the Twelfth Judicial District Court. The consent, however, failed to assign any cause of transfer.

The defendant saw proper to demur on the ground of want of jurisdiction.

*Bowman & Gray,* for plaintiff.

*G. F. & W. H. Sharp,* for defendant.

NORTON, J.—The demurrer is well taken as the consent did not show that the action was transferred upon the ground assigned by the act, and that the implied consent of the parties could not confer jurisdiction. Let the proceedings be transferred to the Fourth District Court.